JUNE 20, 2005

No. 04–609. HIGHTOWER v. SCHOFIELD, WARDEN. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded

for further consideration in light of *Miller-El* v. *Dretke, ante,* p. 231. 